IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 14-355 RS |
| Plaintiff, | STIPULATION REGARDING GEORGE SANTANA |
| v. | |
| MARC CHRISTOPHER HARMON, | |
| Defendant. | |

Stipulation 1

1  IT IS HEREBY STIPULATED AND AGREED, between plaintiff, the United States of
2  America, by its undersigned counsel, and defendant, Marc Christopher Harmon, as follows:
3  The individual referred to as "George Santana" with phone number (718) 791-8341, listed in the
4  email at Government's Exhibit 56 (EMMG-02248), is Jason Rivera's father, George Rivera.

5  **IT IS SO STIPULATED AND AGREED.**

6  Dated:      April 14, 2016

           _____
           BENJAMIN KINGSLEY
           SHAILIKA S. KOTIYA
           Assistant United States Attorneys

           April 13, 2016

           by /s/ (For)
           _____
           MARC CHRISTOPHER HARMON
           Defendant

           April 13, 2016

           _____
           MARTIN SABELLI
           Attorney for Defendant Marc Christopher Harmon