1
2
3
4
5
6
7
8
9 IN THE UNITED STATES DISTRICT COURT

10 NORTHERN DISTRICT OF CALIFORNIA

11 SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>     v.<br><br>MARC CHRISTOPHER HARMON,<br><br>      Defendant. | CASE NO. CR 14-355 RS<br><br>STIPULATION REGARDING AUTHENTICITY OF SECURITIES AND EXCHANGE COMMISSION TRANSCRIPTS |

18
19
20
21
22
23
24
25
26
27
28

Stipulation

1   IT IS HEREBY STIPULATED AND AGREED, between plaintiff, the United States of

2  America, by its undersigned counsel, and defendant, Marc Christopher Harmon, as follows:

3   The following transcripts are true and correct copies of transcripts prepared during sworn

4  testimony given to the United States Securities and Exchange Commission ("SEC") by the defendant,

5  Marc Harmon, and by Jason Rivera. The transcripts were prepared by certified court reporters and

6  reflect the questions and answers, or statements made, at the proceedings described. The parties agree

7  and stipulate that the transcripts are authentic public records of SEC proceedings, and admissible under

8  Rules 803(8) and 902(1) of the Federal Rules of Evidence. The parties preserve all other objections to

9  the admissibility and use of the transcripts, including relevancy and hearsay objections to the statements

10  contained within the transcripts.

| EXHIBIT | DATE | PROCEEDING |
|---------|------|------------|
| 1 | February 8, 2011 | Testimony of Marc Christopher Harmon before the U.S. Securities and Exchange Commission in the Matter of Executive Members Management Group, File No. SF-03636 |
| 295 | February 28, 2011 | Testimony of Jason George Rivera, Jr. before the U.S. Securities and Exchange Commission in the Matter of Executive Members Management Group, File No. SF-03636 |

**IT IS SO STIPULATED AND AGREED.**

Dated:        April 14, 2016

BENJAMIN KINGSLEY
SHAILIKA S. KOTIYA
Assistant United States Attorneys

April 13, 2016

by: _____
For MARC CHRISTOPHER HARMON
Defendant

April 13, 2016

MARTIN SABELLI
Attorney for Defendant Marc Christopher Harmon