IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | CASE NO. CR 14-355 RS |
|---|---|
| Plaintiff, | STIPULATION REGARDING MAHESH SHAH |
| v. | |
| MARC CHRISTOPHER HARMON, | |
| Defendant. | |

Stipulation                                  1

1  IT IS HEREBY STIPULATED AND AGREED, between plaintiff, the United States of
2  America, by its undersigned counsel, and defendant, Marc Christopher Harmon, as follows:
3  The "Mahesh Shah" with phone number (510) 908-5748, listed in the email at Government's
4  Exhibit 56 (EMMG-02248), is a friend of the defendant, Marc Harmon. Mr. Shah never invested with
5  Mr. Harmon, Mr. Rivera, or EMMG.

6  **IT IS SO STIPULATED AND AGREED.**

8  Dated:     April 14, 2016

   _____
   BENJAMIN KINGSLEY
   SHAILIKA S. KOTIYA
   Assistant United States Attorneys

           April 13, 2016

   by AS
   for MARC CHRISTOPHER HARMON
   Defendant

           April 13, 2016

   _____
   MARTIN SABELLI
   Attorney for Defendant Marc Christopher Harmon

Stipulation                                    2