IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 14-355 RS |
| Plaintiff, | STIPULATION REGARDING TRAVEL |
| v. | |
| MARC CHRISTOPHER HARMON, | |
| Defendant. | |

Stipulation                                                1

1  IT IS HEREBY STIPULATED AND AGREED, between plaintiff, the United States of
2  America, by its undersigned counsel, and defendant, Marc Christopher Harmon, as follows:
3  The defendant, Marc Harmon, traveled from the United States to Dublin, Ireland and London,
4  United Kingdom, in May 2008.  He traveled with Jason Rivera and Jason Rivera's father, George
5  Rivera.  He returned to the United States in June 2008.
6  Mr. Harmon did not travel to London, elsewhere in Europe, or anywhere outside of the United
7  States between July 2008 and January 2011.
8  **IT IS SO STIPULATED AND AGREED.**

10  Dated:       April 14, 2016

   _____
   BENJAMIN KINGSLEY
   SHAILIKA S. KOTIYA
   Assistant United States Attorneys

13           April 17, 2016

   _____
   By: /s/
   For MARC CHRISTOPHER HARMON
   Defendant

16           April 17, 2016

   _____
   MARTIN SABELLI
   Attorney for Defendant Marc Christopher Harmon

Stipulation                                                    2