**RICHARD G. HULLINGER (SBN 294025)**
Law Office of Richard G. Hullinger
**1000 Brannan Street, Suite 488**
**San Francisco, CA 94103**
**Telephone: (415) 575-3588**
**Facsimile:   (415) 522-1506**
**richardh@defendergroup.com**

Attorney for Defendant
**MARC CHRISTOPHER HARMON**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

| UNITED STATES OF AMERICA, | Case No. 14-CR-355 RS |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXTENDING FILING DEADLINES FOR DEFENDANT'S MOTION FOR LEAVE TO FILE MOTION FOR NEW TRIAL** |
| vs. | |
| MARC CHRISTOPHER HARMON, | |
| Defendant. | **Court:** The Honorable Richard Seeborg |

The United States of America, by and through its counsel of record, Benjamin Kingsley, and defendant Marc Christopher Harmon ("defendant"), by and through counsel, Richard Hullinger, jointly request that the deadlines be extended for defendant's motion for leave to file motion for new trial.

On September 7, 2016, the Court ordered further briefing on the issue of defendant's motion for leave to file a motion for new trial:

Defendant's brief: 10/5/16

Opposition: 10/26/16

Reply: 11/9/16

The parties request that the deadlines be extended by two weeks to allow time for further negotiations of a possible disposition. The parties anticipate that the negotiated disposition would vitiate the need to file any further briefing and/or motions on the matter.

1

The parties request that the Court order the following amended briefing schedule:

Defendant's brief: 10/19/16

Opposition: 11/9/16

Reply: 11/23/16

DATED: October 5, 2016                    Respectfully submitted,

                                          BRIAN STRETCH
                                          United States Attorney

                                          /s/_____
                                          BENJAMIN KINGSLEY
                                          Assistant United States Attorney

                                          /s/_____
                                          RICHARD HULLINGER
                                          Attorney for Defendant

## ORDER

Upon the parties' stipulation, and GOOD CAUSE appearing, IT IS HEREBY ORDERED that the briefing schedule for defendant's motion for leave to file a motion for new trial be amended as follows:

Defendant's brief: 10/19/16

Opposition: 11/9/16

Reply: 11/23/16

**IT IS SO ORDERED.**

Dated: October _5_, 2016                  _____
                                          HONORABLE RICHARD SEEBORG
                                          UNITED STATES DISTRICT JUDGE