**MARTÍN A. SABELLI (SBN 164772)**
**Law Offices of Martín Sabelli**
**740 Noe Street**
**San Francisco, CA 94114**
**Telephone: (415) 298-8435**
**Facsimile: (415) 520-5810**
**msabelli@sabellilaw.com**

**RICHARD G. HULLINGER (SBN 294025)**
**Law Office of Richard G. Hullinger**
**1000 Brannan Street, Suite 488**
**San Francisco, CA 94103**
**Telephone: (415) 575-3588**
**Facsimile:   (415) 522-1506**
**richardh@defendergroup.com**

Attorneys for Defendant
**MARC CHRISTOPHER HARMON**

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MARC CHRISTOPHER HARMON,<br><br>　　　　Defendant. | Case No. 14-CR-355 RS<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER TO CONTINUE SENTENCING** |

　　　　Defendant Marc Harmon ("defendant"), by and through counsel, Martín Sabelli and Richard Hullinger, requests that the scheduled sentencing date of January 10, 2017, be vacated and that this matter be continued to February 7, 2017, to allow time for effective preparation of counsel.

　　　　Counsel for defendant has been in a two-week unrelated civil, bench trial in Alameda County and is currently preparing post-evidence, pre-verdict briefing for the court.  Counsel

1 anticipates a contested sentencing hearing and requires additional time to prepare for
2 sentencing in this matter.
3     Co-defendant Jason Rivera is set to be sentenced on February 7, 2017, and counsel
4 requests that defendant's sentencing be set for February 7, 2017, as well. Counsel for the
5 United States stipulates and agrees to a continuance on this basis.

                                                                            Respectfully submitted,

9 DATED: December 19, 2016      By:    */s/ Richard Hullinger*
10                                                                          RICHARD HULLINGER
11                                                                           MARTÍN A. SABELLI
12                                                                           Attorneys for Defendant
                                                                          MARC CHRISTOPHER HARMON

13
14                                                                           BRIAN STRETCH
                                                                          United States Attorney
15
16 DATED: December 19, 2016      By:    */s/ Benjamin Kingsley*
                                                                          Assistant United States Attorney

## ORDER

    Upon the parties stipulation, and GOOD CAUSE appearing, IT IS HEREBY ORDERED that the court date of January 10, 2017, shall be vacated and that this matter shall be continued to February 7, 2017, for sentencing.

    IT IS SO ORDERED.

DATED: 12/20/16                                                                                              _[signature]_
                                                                                            Hon. Richard Seeborg
                                                                                           United States District Court Judge