**MARTÍN A. SABELLI (SBN 164772)**
**Law Offices of Martín Sabelli**
**740 Noe Street**
**San Francisco, CA 94114**
**Telephone: (415) 298-8435**
**Facsimile: (415) 520-5810**
**msabelli@sabellilaw.com**

**RICHARD G. HULLINGER (SBN 294025)**
**Law Office of Richard G. Hullinger**
**1000 Brannan Street, Suite 488**
**San Francisco, CA 94103**
**Telephone: (415) 575-3588**
**Facsimile:   (415) 522-1506**
**richardh@defendergroup.com**

Attorneys for Defendant
**MARC CHRISTOPHER HARMON**

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MARC CHRISTOPHER HARMON,<br><br>    Defendant. | Case No. 14-CR-355 RS<br><br>**STIPULATION AND [~~PROPOSED~~]**<br>**ORDER TO CONTINUE SENTENCING** |

Defendant Marc Harmon ("defendant"), by and through counsel, Martín Sabelli and Richard Hullinger, requests that the scheduled sentencing date of February 7, 2017, be vacated and that this matter be continued to March 21, 2017, to allow time for effective preparation of counsel.

Associate counsel, Mr. Hullinger has recently been appointed as associate counsel in *U.S. v. Michael Gerard Trent*, CR-16-178 CRB.  That case is set for trial on February 6, 2017.

Under the supervision of counsel, Mr. Hullinger has done a significant amount of post-trial work in this case. Counsel anticipates Mr. Hullinger will continue to work closely with defendant in preparing for sentencing, including presenting argument at the sentencing hearing. However, given that a conflict has developed for Mr. Hullinger counsel requests that sentencing be continued to allow for effective preparation of counsel.

Counsel for the United States stipulates and agrees to a continuance on this basis.

Respectfully submitted,

DATED: January 10, 2017   By:   */s/ Richard Hullinger*
RICHARD HULLINGER
MARTÍN A. SABELLI
Attorneys for Defendant
MARC CHRISTOPHER HARMON


BRIAN STRETCH
United States Attorney

DATED: January 10, 2017   By:   */s/ Benjamin Kingsley*
Assistant United States Attorney

## ORDER

Upon the parties stipulation, and GOOD CAUSE appearing, IT IS HEREBY ORDERED that the court date of February 7, 2017, shall be vacated and that this matter shall be continued to March 21, 2017, for sentencing.

IT IS SO ORDERED.

DATED: 1/10/17

Hon. Richard Seeborg
United States District Court Judge