```
ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
SHINING J. HSU (CABN 317917)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7022
    FAX: (415) 436-6570
    Shining.Hsu@usdoj.gov

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 14-0355-002 RS |
| Plaintiff, | **ORDER GRANTING MOTION TO COMPEL DEPOSITION UNDER OATH AND PRODUCTION OF DOCUMENTS AS MODIFIED BY THE COURT** |
| v. | |
| MARC CHRISTOPHER HARMON, | |
| Defendant. | |

This matter is before the Court on United States' Motion to Compel Deposition Under Oath and Production of Documents, filed on April 17, 2023, pursuant to Rule 37(a) of the Federal Rules of Civil Procedure and Civil Local Rule 37. Having considered the motion, record of the case, and relevant law, the Court finds good cause for Plaintiff's motion to be **GRANTED**.

**IT IS HEREBY ORDERED** that defendant Marc Christopher Harmon ("Defendant") appear before this Court on __May 23,_____, 2023, at _2:30_ PM. to testify under oath, so that his financial condition may be ascertained for the enforcement of the Judgment entered against him on April 3, 2017. Defendant is warned that failure to comply with this Order may result in sanctions as set forth in Fed. R. Civ. P. 37(b).

**IT IS FURTHER ORDERED** that, **within fifteen (15) days of entry of this order**, Defendant must produce all documents that are responsive to Plaintiff's requests for production. Defendant is warned that failure to comply with this Order may result in sanctions as set forth in Fed. R. Civ. P. 37(b).

**IT IS SO ORDERED.**

Dated: 4/17/2023

RICHARD SEEBORG
United States Chief District Judge